# LAW OFFICE OF JOHN F. CARMAN

Attorneys at Law
666 Old Country Road
Suite 501
Garden City, New York 11530
(516) 683-3600
Facsimile
(516) 683-8410

OF COUNSEL
SUSAN SCARING CARMAN, ESQ.
MATTHEW W. BRISSENDEN, ESQ.

ASSOCIATE ATTORNEY
SARA M. PERVEZ

PARALEGAL
ANNA M. SACCO

January 30, 2020

Honorable Michael Shipp
Clarkson S. Fisher Building
402 East State Street
Room 5W
Trenton, NJ 08608

      Re: **United States v. Mark Berger**
         <u>Docket No. 18-cr-00384</u>

Dear Judge Shipp:

  As you aware, my client Mark Berger is scheduled to surrender to custody of the Attorney General on February 11, 2020. By this letter, I respectfully request a 60 day extension of the surrender date.

  On January 29, 2020 Mr. Berger advised me that his urologist had recently indicated that he suspected Mr. Berger had Prostate Cancer. I spoke with Dr. Oshinsky yesterday who confirmed he has scheduled tests and biopsy's to confirm his suspicions. A letter from Dr. Oshinsky is attached.

  On this basis, I am requesting a surrender date of April 14, 2020 so that Mr. Berger's medical condition can be properly evaluated and treated.

  AUSA Jonathan Romankow is aware of this application and has offered the consent of his office.

  Thank you for your consideration.

Very truly yours,

JOHN F. CARMAN
(JC 7149)

JFC/as

So Ordered this 31st day of January, 2020

Hon. Michael Shipp, USDJ